UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-2672

BETTY DELORIS JONES,

Plaintiff - Appellant,

versus

KENNETH S. APFEL, Commissioner of Social
Security,

Defendant - Appellee.

Appeal from the United States District Court for the Western
District of Virginia, at Big Stone Gap.  James P. Jones, District
Judge.  (CA-98-125-B)

Submitted:  May 31, 2000                Decided:  June 15, 2000

Before WILLIAMS, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John P. Bradwell, SHORTIDGE & SHORTIDGE, Norton, Virginia, for Ap-
pellant.  John M. Sacchetti, Regional Chief Counsel, Lori Karimoto,
Assistant Regional Counsel, Office of General Counsel, SOCIAL
SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Robert P.
Crouch, Jr., United States Attorney, John F. Corcoran, Assistant
United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Betty Deloris Jones appeals the district court's order accepting the recommendation of the magistrate judge and entering summary judgment to the Commissioner in this action challenging the denial of disability insurance benefits.  We have reviewed the record, briefs, and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error.  Therefore, we grant the motion to submit the case on the briefs and affirm on the reasoning of the district court.  See Jones v. Apfel, No. CA-98-125-B (W.D. Va. Nov. 2, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED